IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| GUYZAR LLC | § |
| | § |
| Plaintiff, | § CIVIL ACTION NO. 2:15-cv-02024-JRG |
| | § |
| v. | § |
| | § |
| WORLD WRESTLING | § |
| ENTERTAINMENT, INC. | § |
| | § |
| Defendant. | § |

### ORDER OF THE UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

In consideration of the plaintiff's Unopposed Motion for Voluntary Dismissal with Prejudice of all claims asserted against Defendant World Wrestling Entertainment, Inc. ("Defendant"), the Unopposed Motion for Voluntary Dismissal with Prejudice is GRANTED, and it is ODERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff and Defendant, are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees, expenses, and costs are to be borne by the party that incurred them.

**SIGNED this 22nd day of March, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE